**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000314**
**24-MAR-2016**
**08:09 AM**

NOS. CAAP-13-0000314 and CAAP-12-0001065

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CAAP-13-0000314

LANAIANS FOR SENSIBLE GROWTH, Appellant-Appellee,
v.
LANAI RESORTS, LLC, Appellee-Appellant,
and
LAND USE COMMISSION; RANSOM A.K. PILTZ, in this official
capacity as Chairperson of the STATE OF HAWAII LAND USE
COMMISSION; VLADIMIR P. DEVENS, REUBEN S.F. WONG,
KYLE CHOCK, THOMAS CONTRADES, LISA M. JUDGE, DUANE KANUHA,
NORMAND R. LEZY, and NICHOLAS W. TEVES, JR.,
in their official capacities as members of the LAND USE
COMMISSION; COUNTY OF MAUI PLANNING DEPARTMENT;
STATE OFFICE OF PLANNING, Appellees-Appellees


CAAP-12-0001065

LANAIANS FOR SENSIBLE GROWTH, Appellant-Appellee,
v.
LANAI RESORTS, LLC, Appellee-Appellant,
and
LAND USE COMMISSION; RANSOM A.K. PILTZ, in this official
capacity as Chairperson of the STATE OF HAWAII LAND USE
COMMISSION; VLADIMIR P. DEVENS, REUBEN S.F. WONG,
KYLE CHOCK, THOMAS CONTRADES, LISA M. JUDGE, DUANE KANUHA,
NORMAND R. LEZY, and NICHOLAS W. TEVES, JR.,
in their official capacities as members of the LAND USE
COMMISSION; CASTLE AND COOKE RESORTS, INC.;
COUNTY OF MAUI PLANNING DEPARTMENT;
STATE OFFICE OF PLANNING, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0415)

ORDER OF CORRECTION
(By: Foley, Presiding J.)

IT IS HEREBY ORDERED that the Memorandum Opinion filed March 21, 2016 in the above case is corrected as follows:

On page 14, in the third line of the second complete paragraph the words "in Hou" at the end of the first sentence should be removed and a period should be placed after the word "agencies" so that as corrected the sentence shall read: "The supreme court in Hou recently discussed the importance of due process protections for parties in adjudicatory proceedings before administrative agencies."

On page 15, in the last sentence of the second complete paragraph the word "cases" should be "case" so that as corrected the sentence shall read: "Effectively, however, the LUC did not accept any more testimony on the contested case."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:    Honolulu, Hawai'i, March 24, 2016.

Presiding Judge

2